IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM STIMAC,

    Plaintiff,

v.

SARAH FELTES, JILL SCHNEIDERVIN,
JULIE DAHM, L. BARTOW,
CHRIS KRUEGER, EMILY DAVIDSON,
CINDY O'DONNELL, MS. KUSSMANN,
MS. SCHUELER, STEPHANIE NALLY,
DEBORAH RYCHLOWSKI,
WINN COLLINS, CATHY JESS,
JON E. LITSCHER and OTHER UNNAMED
DEFENDANTS,

    Defendants.

JUDGMENT IN A CIVIL CASE

17-cv-653-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for plaintiff William Stimac's failure to state a claim upon which relief may be granted.

| /s/ | 11/29/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |